# Third District Court of Appeal
## State of Florida

Opinion filed July 5, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-0261
Lower Tribunal No. 20-15287
_____

**A.V.F., a Minor Child,**
Appellant,

vs.

**In the Interest of: A.V.F., etc.,**
Appellees.


An Appeal from the Circuit Court for Miami-Dade County, Michelle Alvarez Barakat, Judge.

Children & Youth Law Clinic and Robert Latham, for appellant.

Sara Elizabeth Goldfarb, Statewide Director of Appeals, and Laura J. Lee, Assistant Director of Appeals (Tallahassee), for appellee Guardian ad Litem; Karla Perkins, for appellee Department of Children & Families.


Before LOGUE, C.J., and LINDSEY and LOBREE, JJ.

PER CURIAM.

Affirmed.